# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLIC SILVER STATE DISPOSAL, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> YOUSIF HALLOUM, et al., <br><br> Defendant(s). | Case No.: 2:20-cv-02003-GMN-NJK <br><br> **ORDER** |

Defendants are proceeding in this action *pro se* and submitted documents to initiate this case in this Court. Docket No. 1. Defendants have not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. *See* Docket. To proceed with this case, Defendants must either pay the filing fee or file separate fully complete applications to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1. Defendants shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file fully complete applications to proceed *in forma pauperis*.

2. The Clerk's Office shall send Defendants the approved form applications to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled "Information and Instructions" for filing an *in forma pauperis* application.

3. Defendants must comply with this order no later than December 2, 2020. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: November 2, 2020

_____
Nancy J. Koppe
United States Magistrate Judge