# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLIC SILVER STATE DISPOSAL, INC., | Case No.: 2:20-cv-02003-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| YOUSIF HALLOUM, et al., | |
| Defendant(s). | |

On October 30, 2020, Defendants Yousif Halloum and Iman Halloum ("Defendants"), who are proceeding in this action *pro se*, submitted documents to initiate this case in this Court. Docket No. 1. That same day, the Court issued an order instructing Defendants to "either pay the filing fee or file **separate** fully complete applications to proceed *in forma pauperis*." Docket No. 4. On November 12, 2020, Defendant Yousif Halloum filed an application to proceed *in forma pauperis*. Docket No. 7. On November 18, 2020, Defendant Yousif Halloum filed an identical second application to proceed *in forma pauperis*. Docket No. 9. To date, Defendants have not paid the filing fee and Defendant Iman Halloum has not filed an application to proceed *in forma pauperis*.

This action may not proceed until Defendants pay the filing fee or each Defendant is granted leave to proceed *in forma pauperis*. *See Spencer v. Soc. Sec. Admin.*, 2020 WL 5502159, at *1 (D. Nev. Sept. 10, 2020). No later than December 2, 2020, Defendants shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file **separate** fully complete applications to proceed *in forma pauperis*. Failure to comply with this order will result in a recommendation to the District Judge that this case be dismissed.

1

The Clerk's Office is **INSTRUCTED** to send Defendant Iman Halloum the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled "Information and Instructions" for filing an *in forma pauperis* application.

IT IS SO ORDERED.

Dated: November 19, 2020

_____
Nancy J. Koppe
United States Magistrate Judge