**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REPUBLIC OF SILVER STATE DISPOSAL INC., <br><br> Plaintiff, <br><br> vs. <br><br> YOUSIF HALLOUM; IMAN HALLOUM; WELLS FARGO BANK, N.A., <br><br> Defendants. | Case No.: 2:20-cv-02003-GMN-NJK <br><br> **ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy Koppe, (ECF No. 13), which recommends that the case be dismissed without prejudice to Defendants seeking relief in state court.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections[1] were filed, and the deadline to do so, December 8, 2020, has

---

[1] Defendants Iman Halloum and Yousif Halloum filed a Motion to Strike the R&R, (ECF No. 15), which

passed. (*See* Min. Order, ECF No. 13).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 13), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that all pending Motions, (ECF Nos. 7–9, 11–12, 14–15, 17, 19), are **DENIED as moot**.

The Clerk of Court shall close the case and enter judgment accordingly.

**DATED** this __20__ day of January, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

---

contends that the R&R is invalid because Defendants have not consented to resolution of this matter by a magistrate judge.  Defendants' contention is misplaced, as a magistrate judge may, without the consent of the parties, issue findings and recommendations to a district judge in aid of the district judge's final resolution of the case. *See* 28 U.S.C. § 636(b)(1)(B); *see, e.g.*, *Riddle v. The National Railroad Passenger Corporation*, 2014 U.S. Dist. LEXIS 157237, 2014 WL 5783825 (S.D. Cal. 2014).