# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**Republic Silver State Disposal Inc.,**

    Plaintiff-Appellee,

  v.

**Yousif Halloum, et al.,**

    Defendants-Appellants,

Case No. **2:20-cv-02003-GMN-NJK**
USCA No. 21-16230

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on October 18, 2022, issued its judgment VACATING AND REMANDING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE,

**IT IS HEREBY ORDERED** that the mandate be spread upon the records of this Court.

**IT IS FURTHER ORDERED** that the Clerk is instructed to remand this case to state court.

**IT IS FURTHER ORDERED** that in light of remand, the Motion to Strike, (ECF No. 35), is **DENIED as moot**.

Dated this 29 day of December, 2022.

_____
GLORIA M. NAVARRO
District Judge, United States District Court